# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hickey, Susan O. | US District Court Western District of Arkansas | 08/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

101 South Jackson Avenue
Room 219
El Dorado, AR 71730

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hickey, Susan O. | 08/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | ▊▊▊▊▊, P.A. |
| 2. | 2012 | BancorpSouth Advisory Board Fees |
| 3. | 2012 | PMJ LLC - oil production |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hickey, Susan O. | 08/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Simmons First National Bank | Mortgage on office building in El Dorado, Arkansas | M |
| 2. | BancorpSouth Bank | Line of credit | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hickey, Susan O. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 5-4 The Beach LLC | | None | L | U | | | | | |
| 2. Six Siblings LLC | | None | K | U | | | | | |
| 3. PMJ LLC | B | Distribution | J | U | | | | | |
| 4. �altered, P.A. | A | Distribution | K | U | | | | | |
| 5. Office Building - rental El Dorado, Arkansas | E | Rent | M | W | | | | | |
| 6. Equitable Life Insurance Company Policy #1 (whole life) | B | Dividend | K | T | | | | | |
| 7. Genworth Life Insurance Company Policy #1 | | None | J | T | | | | | |
| 8. BancorpSouth Checking #1 | A | Interest | K | T | | | | | |
| 9. Brokerage Account #1 (H) | | | | | | | | | |
| 10. BancorpSouth Inc. Common Stock | A | Dividend | J | T | | | | | |
| 11. McDonalds Corp. Common Stock | A | Dividend | K | T | | | | | |
| 12. Profit Sharing Account #1 (H) | | | | | | | | | |
| 13. American Funds - AMCAP Fund Class A | A | Dividend | L | T | | | | | |
| 14. American Funds - American Balanced Funds Class A | C | Dividend | M | T | | | | | |
| 15. American Funds - American High Income Trust Class A | E | Dividend | N | T | | | | | |
| 16. American Funds - American Mutual Funds Class A | C | Dividend | M | T | | | | | |
| 17. Ameican Funds - Bond Fund of America Class A | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  American Funds - Capital Income Builder Fund Class A | A | Dividend | K | T | | | | | |
| 19.  American Funds - Capital World Growth & Income Fund Class A | A | Dividend | K | T | | | | | |
| 20.  American Funds - Europacific Growth Fund Class A | A | Dividend | J | T | | | | | |
| 21.  American Funds - Growth Fund of America Class A | A | Dividend | L | T | | | | | |
| 22.  American Funds - Income Fund of America Fund Class A | A | Dividend | K | T | | | | | |
| 23.  American Funds - Investment Company of America Fund Class A | B | Dividend | L | T | | | | | |
| 24.  American Funds - New Economy Fund Class A | B | Dividend | L | T | | | | | |
| 25.  American Funds - New Perspective Fund Class A | A | Dividend | L | T | | | | | |
| 26.  American Funds - New World Fund Class A | A | Dividend | J | T | | | | | |
| 27.  Equitable Life Insurance Company Policy #2 (whole life) | D | Dividend | M | T | | | | | |
| 28.  Money Purchase Plan Account (H) | | | | | | | | | |
| 29.  American Funds - AMCAP Fund Class A | A | Dividend | K | T | | | | | |
| 30.  American Funds - American Balanced Funds Class A | B | Dividend | L | T | | | | | |
| 31.  American Funds - American Mutual Fund Class A | B | Dividend | L | T | | | | | |
| 32.  American Funds - Bond Fund of America Class A | A | Dividend | K | T | | | | | |
| 33.  American Funds - Capital Income Builder Fund Class A | C | Dividend | L | T | | | | | |
| 34.  American Funds - Capital World Growth & Income Fund Class A | A | Dividend | K | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hickey, Susan O. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Funds - Growth Fund of America Class A | A | Dividend | K | T | | | | | |
| 36. American Funds - Income Fund of America Fund Class A | B | Dividend | L | T | | | | | |
| 37. American Funds - Investment Comany of America Fund Class A | A | Dividend | K | T | | | | | |
| 38. American Funds - New Economy Fund Class A | A | Dividend | K | T | | | | | |
| 39. American Funds - New Perspective Fund Class A | A | Dividend | K | T | | | | | |
| 40. Brokerage Account #2 (H) | | | | | | | | | |
| 41. American Funds - Fundamental Investors Fund Class A | A | Dividend | J | T | | | | | |
| 42. American Funds - Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 43. American Funds - New World Fund Class A | A | Dividend | J | T | | | | | |
| 44. Brokerage Account #3 (H) | | | | | | | | | |
| 45. Murphy Oil Corp. Common Stock | A | Dividend | J | T | | | | | |
| 46. Roth IRA Account #1 (H) | | | | | | | | | |
| 47. American Funds - Europacific Growth Fund Class A | A | Dividend | J | T | | | | | |
| 48. American Funds - Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 49. American Funds - New Perspective Fund Class A | A | Dividend | J | T | | | | | |
| 50. American Funds - New World Fund Class A | A | Dividend | J | T | | | | | |
| 51. Brokerage Account #4 (IRA Beneficiary) (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hickey, Susan O. | 08/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Murphy Oil Corp. Common Stock | A | Dividend | J | T | | | | | |
| 53. BancorpSouth Savings Account #1 | A | Interest | J | T | | | | | |
| 54. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI: Liabilities. Line 1. The value code listed is the pro rata portion of the joint and several liability.

Part VII: Investments and Trusts. Line 9. Brokerage Account #1 listed on line 9 was referred to as Brokerage Account #3 on line 9 in the 2011 Annual Report.

Part VII: Investments and Trusts. Line 40. Brokerage Account #2 listed on line 40 was referred to as Brokerage Account #7 on line 45 in the 2011 Annual Report.

Part VII: Investments and Trusts. Line 44. Brokerage Account #3 listed on line 44 was referred to as Brokeage Account #8 on line 49 in the 2011 Annual Report.

Part VII: Investments and Trusts. The assets listed in lines 59 - 70 of the 2011 Annual Rerpot are no longer reportable because my child who owns those assets is no longer a dependent.

| Name of Person Reporting | Date of Report |
|---|---|
| Hickey, Susan O. | 08/13/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan O. Hickey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544